IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **THOMAS CLARK, individually and on behalf of all others similarly situated** | | **PLAINTIFF** |
| v. | Case No. 4:20-cv-00475-KGB | |
| **SOUTHWESTERN ENERGY COMPANY; FLYWHEEL ENERGY MANAGEMENT, LLC; and FLYWHEEL ENERGY PRODUCTION, LLC** | | **DEFENDANTS** |

## ORDER

Before the Court is attorney Colby Qualls' motion to withdraw (Dkt. No. 66). Mr. Qualls moves to withdraw as counsel of record for plaintiffs, as Mr. Qualls has resigned from the Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC. Josh Sanford and any other lawyers of the Sanford Law Firm, PLLC, who have entered an appearance herein will continue to represent plaintiffs in this matter (*Id.*). For good cause shown, the Court grants the motion (*Id.*). The Court directs the Clerk of Court to terminate Mr. Qualls as counsel of record for plaintiffs.

It is so ordered this 3rd day of August, 2023.

_____
Kristine G. Baker
United States District Judge