IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS CLARK, Individually and on**                                          **PLAINTIFF**
**Behalf of All Others Similarly Situated**


vs.                                              No. 4:20-cv-475-KGB


**SOUTHWESTERN ENERGY COMPANY**                              **DEFENDANT**

### <u>JOINT NOTICE OF LIABILITY SETTLEMENT</u>

The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiffs and Defendant have reached a liability-only settlement in principle that will resolve Plaintiffs' alleged unpaid wages and liquidated damages. The Parties are in the process of finalizing liability settlement documents and expect to file a Joint Motion for Approval of Liability Settlement within 45 days of the filing of this Joint Notice. If the Parties cannot agree on costs and a reasonable fee, the Parties will begin briefing on the issue within 30 days of the filing of the Joint Motion for Approval of Liability Settlement. In light of the settlement progress, the Parties request that all pending deadlines be stayed.

Respectfully submitted,

**THOMAS CLARK, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **SOUTHWESTERN ENERGY
COMPANY, DEFENDANT**

FOLEY & LARDNER LLP

Val J. Albright
Ark. Bar No. 77512
2021 McKinney Avenue, Suite 1800
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
valbright@foley.com

*/s/ Rachel Powitsky Steely*
Rachel Powitzky Steely
Federal Bar No. 19170
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
rsteely@foley.com
*Admitted Pro Hac Vice*