IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS CLARK, individually and
on behalf of all others similarly situated**                                                      **PLAINTIFF**

**v.**                                          **Case No. 4:20-cv-00475-KGB**

**SOUTHWESTERN ENERGY
COMPANY**                                                                                                 **DEFENDANT**

## ORDER

Before the Court is a joint notice of liability settlement (Dkt. No. 70). The Court understands that plaintiff Thomas Clark, individually and on behalf of all others similarly situated, and defendant Southwestern Energy Company have reached a liability-only settlement agreement in this case (*Id.*). If the parties are able to reach an agreement on costs and fees, the parties are directed to file their dismissal documents or a joint status report by December 14, 2023. If the parties are unable to reach an agreement on costs and fees, they are to brief the Court on this issue by November 29, 2023. The Court stays all unexpired pretrial deadlines.

It is so ordered this 7th day of November, 2023.

_____
Kristine G. Baker
United States District Judge