IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS CLARK, individually and
on behalf of all others similarly situated**                                                                **PLAINTIFF**

v.                              Case No. 4:20-cv-00475-KGB

**SOUTHWESTERN ENERGY
COMPANY**                                                                                                   **DEFENDANT**

## ORDER

Before the Court is the status of the case. The Court understands its previous Order directing the parties to file dismissal documents or a joint status report merits modification (Dkt. No. 71). The Court understands that plaintiff Thomas Clark, individually and on behalf of all others similarly situated, and defendant Southwestern Energy Company have reached a liability-only settlement agreement in this case but are continuing to negotiate fees (Dkt. No. 70). As a result, the Court proposes modifying its prior Order to state: (1) that, if the parties are able to reach an agreement on costs and fees, the parties are directed to file their dismissal documents or a joint status report by December 14, 2023, and (2) that, if the parties are unable to reach an agreement on costs and fees, the parties are to file a Joint Motion for Approval of Liability Settlement by December 14, 2023, and any party seeking attorneys' fees is to file a motion for such fees by January 15, 2024. The Court's stay on all unexpired pretrial deadlines will remain in place.

It is so ordered this 28th day of November, 2023.

_____
Kristine G. Baker
United States District Judge