IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS CLARK, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 4:20-cv-475-KGB

**SOUTHWESTERN ENERGY COMPANY**     **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Thomas Clark, individually and on behalf of all others similarly situated, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, hereby states the following:

1. On October 30, 2023, the Parties filed a Joint Notice of Liability Settlement informing the Court that the Parties had reached a liability-only settlement in principle that would resolve Plaintiffs' alleged unpaid wages and liquidated damages. (ECF No. 70)

2. On November 28, this Court acknowledged the Parties Joint Notice of Settlement and ordered the parties to file dismissal documents or a joint status report by December 14, 2023. (ECF No. 72)

3. The Parties have drafted an agreement and are in the process of editing it to the satisfaction of all Parties.

4. Accordingly, the Parties require more time to edit their agreement, fully execute it, and to finalize their dismissal documents.

5. The Parties anticipate filing dismissal documents or another joint status report by January 14, 2023.

Respectfully submitted,

**THOMAS CLARK, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **SOUTHWESTERN ENERGY COMPANY, DEFENDANT**

FOLEY & LARDNER LLP

Val J. Albright
Ark. Bar No. 77512
2021 McKinney Avenue, Suite 1800
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
valbright@foley.com

*/s/ Rachel Powitsky Steely*
Rachel Powitzky Steely
Federal Bar No. 19170
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
rsteely@foley.com
*Admitted Pro Hac Vice*