IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS CLARK, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 4:20-cv-475-KGB

**SOUTHWESTERN ENERGY COMPANY**            **DEFENDANT**

## PLAINTIFF'S MOTION FOR COSTS AND ATTORNEYS' FEES

Plaintiff Thomas Clark, individually and on behalf of all others similarly situated, by and through his attorneys of the Sanford Law Firm, PLLC, for his Motion for Costs and Attorneys' Fees, states as follows:

1. Plaintiff filed this case on May 5, 2020, pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*, and the Arkansas Minimum Wage Act (AMWA), Ark. Code Ann. § 11-4-201, *et seq*, to recover unpaid wages.

2. This case progressed through formal and informal discovery efforts including written discovery requests and depositions, as well as extensive motions practice and, ultimately, settlement negotiations.

3. On October 30, 2023, the parties filed their Joint Notice of Liability Settlement (ECF No. 70) representing that they had reached a liability-only settlement in principle and were in the process of finalizing related liability settlement documents. The Parties further represented that they would attempt to settle the issue of Plaintiff's attorneys' fees and costs and, if they were unable to do so, Plaintiff would file a petition for costs and attorneys' fees.

Page 1 of 3
Thomas Clark, et al. v. Southwestern Energy Company, et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-475-KGB
Plaintiff's Motion for Costs and Attorneys' Fees

4. Having failed to negotiate costs and attorneys' fees, Plaintiff files the current Motion requesting an award of costs and attorneys' fees pursuant to the FLSA, 29 U.S.C. § 216(b), and the AMWA, Ark. Code Ann. § 11-4-218(a).

5. As shown on the Billing Spreadsheet attached hereto as Exhibit 1, Plaintiff requests $27,623.75 in attorneys' fees incurred through December 14, 2023, related to the successful litigation of Plaintiff's claims. Plaintiff categorized and summarized billing by attorney and category of work for the Court's convenience in reviewing this request.

6. As shown in detail on Plaintiff's Costs Invoice (Exhibit 3), Plaintiff also incurred $716.30 in costs other than attorneys' fees during litigation. Plaintiff is entitled to these costs under the FLSA, 29 U.S.C. § 216(b), and under Rule 54(d).

7. Accordingly, Plaintiff requests a total award of costs and attorneys' fees in the amount of $28,340.05.

8. In support of this Motion, Plaintiff attaches hereto and incorporates herein the following exhibits:

    Ex. 1    Billing Spreadsheet;
    Ex. 2    Declaration of Attorney Josh Sanford; and
    Ex. 3    Costs Invoice

9. This Motion is supported by a contemporaneous Memorandum Brief.

WHEREFORE, Plaintiff respectfully requests that this Motion for Costs and Attorneys' Fees be granted in its entirety, that the Court award Plaintiff fees and costs in the amount of $28,340.05, and for all other just and equitable relief to which Plaintiff may be entitled.

Page 2 of 3
Thomas Clark, et al. v. Southwestern Energy Company, et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-475-KGB
Plaintiff's Motion for Costs and Attorneys' Fees

Respectfully submitted,

**THOMAS CLARK, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 3 of 3
Thomas Clark, et al. v. Southwestern Energy Company, et al.
U.S.D.C. (E.D. Ark.) No. 4:20-cv-475-KGB
Plaintiff's Motion for Costs and Attorneys' Fees**