**Exhibit 3. Costs Invoice**

| Date | Amount | Description |
|---|---|---|
| 05/05/20 | **$12.00** | Postage |
| 05/05/20 | **$400.00** | Filing Fee |
| 06/05/20 | **$100.00** | Service Fee to Jeff Barnett |
| 05/03/22 | **$80.00** | Postage for Notice Mailing |
| 05/03/22 | **$64.00** | Copies for Notice Mailing |
| 05/23/22 | **$24.00** | TLO Search Fee |
| 05/23/22 | **$5.20** | Postage |
| 05/31/22 | **$12.40** | Postage |
| 05/31/22 | **$18.70** | Postage for Postcards |
| **Total** | **$716.30** | |