**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**THOMAS CLARK, individually and**
**on behalf of all others similarly situated**                                                **PLAINTIFF**

**v.**                              **Case No. 4:20-cv-00475-KGB**

**SOUTHWESTERN ENERGY**
**COMPANY**                                                                                    **DEFENDANT**

## ORDER

Before the Court is the status of the case. On November 28, 2023, the Court entered an order directing the parties to file their dismissal documents or a joint status report by December 14, 2023, and, if the parties were unable to reach an agreement on costs and fees, to file a Joint Motion for Approval of Liability Settlement by December 14, 2023, and any motion for attorneys' fees by January 15, 2024 (Dkt. No. 72). The parties submitted a joint status report on December 14, 2023 (Dkt. No. 73). In this joint status report, the parties represented that they drafted a settlement agreement and were in the process of editing it (*Id.*, ¶ 3). The parties further represented that they needed more time to edit the agreement, fully execute it, and to finalize dismissal documents (*Id.*, ¶ 4). Therefore, the parties stated that they anticipated filing dismissal documents or another joint status report by January 14, 2024 (*Id.*, at 5).

On January 16, 2024, plaintiff Thomas Clark, individually and on behalf of all others similarly situated, filed a motion for costs and attorneys' fees (Dkt. No. 74). Mr. Clark represents in support of his motion for costs and attorneys' fees that his attorneys' efforts "resulted in a settlement between the parties that reserved the issue of reasonable attorneys' fees and costs for this Court." (Dkt. No. 75, at 1).

No representation has been made to this Court regarding the final language of the parties' settlement agreement. The Court notes that Mr. Clark brought this lawsuit under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201 *et seq.* ("AMWA") (Dkt. No. 10, ¶¶ 1–2). The Court further notes that settlement agreements resolving FLSA claims are typically subject to court approval. *See Younger v. Ctrs. for Youth & Families, Inc.*, 2017 WL 1652561, at *1 (E.D. Ark. Apr. 27, 2017); 29 U.S.C. § 216(b).

The Court directs the parties to file their dismissal documents and finalized settlement agreement, or a joint status report, by January 31, 2024. The Court notes that the trial date for this matter is set on January 22, 2024 (Dkt. No. 64, ¶ 1). The Court removes this matter from the trial calendar. The Court's stay on all unexpired pretrial deadlines remains in effect.

It is so ordered this 17th day of January, 2024.

_____
Kristine G. Baker
United States Chief District Judge