IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS CLARK, individually and
on behalf of all others similarly situated**                          **PLAINTIFF**

**v.**                  **Case No. 4:20-cv-00475-KGB**

**SOUTHWESTERN ENERGY
COMPANY**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. Further, pursuant to the Order entered on this date, judgment is entered in favor of plaintiff Thomas Clark, individually and on behalf of all others similarly situated, and against defendant Southwestern Energy Company, for attorneys' fees and costs in the amount of $17,190.55.

It is so adjudged this 27th day of March, 2024.

*[Signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge